In the Matter of the Claim of ZUZANNA S. MARSTON, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal from a decision of the Unemployment Insurance Appeal Board, dated December 28, 1943, holding that claimant's refusal of offers of employment was with good cause. Decision affirmed, without costs. All concur.

In the Matter of the Claim of ELISA EHRMANN. GEORGE U. CLAUSEN et al., Appellants; EDWARD CORSI, as Industrial Commissioner, Respondent. — This is an appeal from a decision of the Unemployment Insurance Appeal Board which affirmed a decision of an Unemployment Insurance Referee holding that claimant is entitled to be credited with her earnings received from appellants [George U. Clausen and Marie T. Clausen, his wife] during 1941 as a basis for unemployment insurance benefits, and further holding appellants subject to the Unemployment Insurance Law. (Labor Law, art. 18.) Appellant contends he is a farmer. It is conceded that appellant has three employees. Claimant worked for him as a chambermaid. The question for determination here is whether or not the fourth employee was working for appellant as a farmer. Appellant is the owner of a property at Sharon Springs, New York. The property consists of about 350 acres, 210 of which are forestry, 40 pasture land, 50 meadow land, 4 orchard and pasture, 14 roads and fire lanes, 2 corn, 1½ potatoes and ¾ of an acre gardening. After appellant acquired the property, he took a course in agriculture at Cornell University. The property has always been used for farming and the owner raised corn, oats, barley, potatoes, hay, hops and in some years sugar beets, and for a time ran a dairy farm. The evidence clearly established that appellant is a farmer and the finding of the Referee and the Unemployment Insurance Appeal Board to the contrary is not consistent with the evidence. The determination appealed from should be reversed. Determination appealed from reversed, with costs against the Industrial Commissioner. All concur, except Brewster, J., who dissents.

In the Matter of the Claim of JAY VELIE. TED COLLINS CORPORATION, Appellant; GENERAL FOOD SALES CO., INC., Respondent; MICHAEL J. MURPHY, as Acting Industrial Commissioner, Respondent.— Employer appellant, Ted Collins Corporation, appeals from a decision of the Unemployment Insurance Appeal Board which affirmed the decision of the Unemployment Insurance Referee holding that claimant was an employee and not an independent contractor while working as an actor in a radio production and that his employer was the appellant. Two issues are involved, (1) whether claimant was an employee or an independent contractor, and (2) if an employee, whether his employer was the appellant, Ted Collins Corporation, or the respondent, General Food Sales Co., Inc. There is sufficient legal evidence to sustain the finding of the Appeal Board that claimant was the employee of the appellant Ted Collins Corporation (*Matter of Morton*, 284 N. Y. 167; *Matter of Stork Restaurant, Inc.*, v. *Boland*, 282 N. Y. 256), and the decision of the Appeal Board should be affirmed. Decision affirmed, without costs. All concur. [See 268 App. Div. 805.]